# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ROBERT CORNETT, JR.,
    Plaintiff,

vs.                               CASE NO. 8:06-CIV-2386-T-17-TBM

CITY OF LAKELAND, et al.,
    Defendants.
_____/

## **ORDER**

    This cause is before the Court on the defendant, City of Lakeland's, motion to strike and/or dismiss (Docket No. 7) and the plaintiff's motion for severance (Docket No. 10). The defendant's motion seeks to have the reference in the complaint to a Fourteenth Amendment excessive force claim and the claim for punitive damages against the City of Lakeland stricken or dismissed. In response the plaintiff moves to "voluntarily sever" the reference to the Fourteenth Amendment excessive force claim and punitive damages. Though not very articulate, the response clearly concedes that these claims should not be allowed to proceed in this case. Accordingly, it is

    **ORDERED** defendant, City of Lakeland's, motion to strike and/or dismiss (Docket No. 7) be **granted**, the reference in the complaint to a Fourteenth Amendment excessive force claim and the claim for punitive damages against the City of Lakeland be **stricken** from the complaint in this cause, and the plaintiff's motion for severance (Docket No. 10) be **denied** as moot.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 1st day of March, 2007.

*[signature]*
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record